**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CYNTHIA WHITE,

    Plaintiff,

v.                                                             Case No: 8:15-cv-1549-T-30MAP

TOMKAR, INC. and
THOMAS J. CARNEY,

    Defendants.

_____

ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #17) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without**

**prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, on the 10th day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record